# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESTWAY (USA), INC., AND BESTWAY INFLATABLES & MATERIAL CORP., <br><br> Plaintiffs, <br><br> v. <br><br> INTEX RECREATION CORP., INTEX DEVELOPMENT COMPANY LTD., <br><br> Defendants. | Case No.: 2:22-cv-00406-AB-AGR <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** |

On Stipulation between Plaintiffs Bestway (USA), Inc. and Bestway Inflatables & Material Corp. and Defendants Intex Recreation Corp. and Intex Development Company Ltd., the Court **ORDERS**: (i) Bestway's claims are dismissed with prejudice; (ii) each party shall bear its own costs, expenses, and attorneys' fees; and (iii) the clerk is directed to close this action. The Court further recognizes Intex's reservation of the right to pursue any of the affirmative defenses asserted in this matter in a future, separate lawsuit. **IT IS SO ORDERED.**

**DATED:** March 11, 2024

_____
André Birotte Jr.
United States District Judge